# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ALIAN C.-L.,

        Petitioner,

v.

MARKWAYNE MULLIN, *Secretary,*
*Department of Homeland Security*;
TODD M. LYONS, *Acting Director,*
*Immigration and Customs Enforcement*;
and DAVID EASTERWOOD, *Acting*
*Director, St. Paul Field Office*
*Immigration and Customs Enforcement*,

        Respondents.

Case No. 26-cv-2335 (LMP/ECW)

**ORDER**

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Alian C.-L.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Thursday, April 30, 2026**, certifying the true cause and proper duration of Alian C.-L.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Alian C.-L.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Alian C.-L.'s claims; and

c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    If Alian C.-L. intends to file a reply to Respondents' answer, he must do so on or before **Thursday, May 7, 2026**;

4.    No further submissions from the parties will be permitted except as authorized by Court order; and

5.    Respondents are **ORDERED** not to move Alian C.-L. outside of the District of Minnesota during the pendency of these proceedings, so that Alian C.-L. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: April 23, 2026
Time: 12:48 p.m.

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge